**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:     John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 314-8010
Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 69.120.172.87,<br><br>    Defendant. | Case No. 3:22-cv-06005-MAS-RLS<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 69.120.172.87 are voluntarily dismissed without prejudice.

DATED: January 3, 2023            Respectfully submitted,

**THE ATKIN FIRM, LLC**

*Attorneys for Plaintiff,*
*Strike 3 Holdings, LLC*

*/s/ John C. Atkin, Esq.*
John C. Atkin, Esq.

**So Ordered this 4th day of January, 2023.**

_____
**Honorable Michael A. Shipp, U.S.D.J.**